UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                   )
                                         )        CASE NO. 13-07747-RLM-13
ARBIE LEON LANKFORD          )
JULIET BROOKS LANKFORD    )
Debtors                                )
_____)

### NOTICE OF CHANGE OF ADDRESS

E. Franco Upano, counsel of record for the Debtors, now gives notice of his change of address:

Old Address: 302 E. Troy Avenue, Indianapolis, IN 46225

**New Address: 7309 Poppyseed Drive, Indianapolis, IN 46237**

**RESPECTFULLY SUBMITTED:**

_____
**E. FRANCO UPANO #12040-49**
**Counsel for the Debtors**
**7309 Poppyseed Drive, Indianapolis, IN 46237**
**Tel/Fax 317-885-5542 Mobile 317-796-3527**
**Email efupanolaw@yahoo.com**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2014, notice of this filing will be sent to the following parties by first class U.S. mail postage prepaid, or through the Court's Electronic Filing System. Parties may access this filing through the Court's System.

**Ann Delaney ECFdelaney@trustee13.com**
**U.S. Trustee Ustpregion10in.ecf@usdoj.gov**

_____
**E. Franco Upano**